**636 - 6th Floor East Courtroom, 2:00 P.M.**                    **Tuesday, June 2, 2026**

**Siler, Nalbandian, Hermandorfer**

**25-5781 SW Nashville EB Owner, LLC v. Metro Government of Nashville & Davidson County, TN, et al.**

SW Nashville EB Owner, LLC                              ret   Jonathan Houghton

*2 Minutes Rebuttal*

**Plaintiff - Appellant**

**V.**

Metropolitan Government of Nashville, et al.            ret   Allison L. Bussell

**Defendants - Appellees**

*Lori Nethero, Courtroom Deputy*

Plaintiff appeals the dismissal of its state and federal constitutional claims relating to the failure to issue a building permit.   (15 Minutes Per Side)